KAEMPFER CROWELL
Louis M. Bubala III, Bar No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone:  (775) 852-3900
Facsimile:   (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Kris Kalkowski, Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: kkalkowski@kcnvlaw.com

*Attorneys for Defendants Roembke Turnkey
Solutions, LLC, Roembke Mfg. & Design, Inc.,
and Gregory J. Roembke*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| EMULAIT, INC. f/k/a PROXAMAMA, INC., | Case No. 2:24-cv-02267-APG-NJK |
|---|---|
| Plaintiff, | **FIRST AMENDED STIPULATION AND [PROPOSED]** |
| vs. | **ORDER TO EXTEND DEADLINE TO FILE RESPONSE OR ANSWER TO COMPLAINT** |
| ROEMBKE TURNKEY SOLUTIONS, LLC, ROEMBKE MFG. & DESIGN, INC., and GREGORY J. ROEMBKE, | **(FIRST REQUEST)** |
| Defendants. | |

On January 2, 2025, the parties filed their first stipulation seeking approval of their extension to respond or answer the complaint.  ECF 12.  The Court denied it, without prejudice, for failure to comply with the local rule requiring the parties to state the reasons for the extension sought.  ECF 13.  The parties file this first amended stipulation to comply with the local rule.

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Defendants Roembke Turnkey Solutions, LLC, Roembke Mfg. & Design, Inc., and Gregory J. Roembke and Plaintiff Emulait,

Inc. f/k/a Proxamama, Inc. (collectively "the parties"), hereby stipulate and agree to an extension of time for Defendants to answer or respond to the Complaint as follows:

1.      On December 6, 2024, Plaintiff filed a Complaint against Defendants.  ECF 1.

2.      On December 13, 2024, Defendants were served with a copy of the summons and Complaint.  ECF 11.

3.      The deadline for Defendants to respond to the Complaint is on or before January 3, 2025, 21 days after service of the summons and Complaint.  Fed. R. Civ. P. 12.

4.      Defendants requested an extension because of conflicts with the holidays between service on December 13, 2024, and the response deadline of January 3, 2025.  In particular, Mr. Roembke was traveling on a pre-planned vacation on Friday, December 27, 2024, not returning to the office until Monday, January 6, 2025, so defense counsel have not been able to work with the client and client representative on the preparation of a response to the complaint over the past week.  Additionally, defense counsel also arranged for vacation time with their families in conjunction with the holidays.

5.      The parties agree to allow Defendants an extension of time within which to answer or otherwise respond to the Complaint.  To file an answer to the Complaint, Defendants shall have an additional 21 days, through January 24, 2025.  To file any other kind of response to the Complaint, Defendants shall have an additional 14 days, until January 17, 2025.

///

///

///

KAEMPFER
CROWELL

6.    This first request for an extension of time to respond to the Complaint is in the spirit of efficiency for both the parties and the court.

Dated: January 3, 2025

KAEMPFER CROWELL

By:  /s/ Louis M. Bubala III
Louis M. Bubala III
Kristopher J. Kalkowski

*Attorneys for Defendants Roembke Turnkey Solutions, LLC, Roembke Mfg. & Design, Inc., and Gregory J. Roembke*

Dated: January 3, 2025

FOX ROTHSCHILD LLP

By:  /s/ Rex D. Garner
Rex D. Garner, Bar No. 9401
Mark J. Connot, Bar No. 010010

*Attorneys for Plaintiff Emulait, Inc. f/k/a Proxamama, Inc.*

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE
U.S. MAGISTRATE JUDGE

DATED:  January 3, 2025

# # #