# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMULAIT, INC., <br><br> Plaintiff <br><br> v. <br><br> ROEMBKE TURNKEY SOLUTIONS, LLC, et al., <br><br> Defendants | Case No.: 2:24-cv-02267-APG-NJK <br><br> **Order Striking Certificates of Interested Parties** |

I ORDER that defendants Roembke Mfg. & Design, Inc., Roembke Turnkey Solutions, LLC and Gregory Roembke's certificates of interested parties (ECF Nos. 18, 19) are STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificates do not identify the citizenship of each defendant as required by that rule.

I FURTHER ORDER the defendants to file a proper certificate of interested parties by February 4, 2025.

DATED this 21st day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE