1  REX D. GARNER (SBN 9401)
   rgarner@foxrothschild.com
2  MARK J. CONNOT (SBN 010010)
   mconnot@foxrothschild.com
3  FOX ROTHSCHILD LLP
   One Summerlin
4  1980 Festival Plaza Dr., Suite 700
   Las Vegas, Nevada 89135
5  Telephone:    702.262.6899
   Facsimile:    702.597.5503
6
   BRETT A. BERMAN (PA BAR NO. 204843)
7  (*Admitted Pro Hac Vice*)
   bberman@foxrothschild.com
8  FOX ROTHSCHILD LLP
   2001 Market Street, Suite 1700
9  Philadelphia, PA 19103
   (215) 299-2000 (telephone)
10 (215) 299-2150 (fax)

11 *Attorneys for Plaintiff EMULAIT, INC. f/k/a PROXAMAMA, INC.*

12

13                    **UNITED STATES DISTRICT COURT**

14                           **DISTRICT OF NEVADA**

| | |
|---|---|
| 15  EMULAIT, INC. f/k/a PROXAMAMA, INC., | Case No. 2:24-CV-02267-APG-NJK |
| 16              Plaintiff, | |
| 17       v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND** |
| 18  ROEMBKE TURNKEY SOLUTIONS, LLC, ROEMBKE MFG. & DESIGN, INC., and | **TO DEFENDANTS' MOTION TO DISMISS OR TO TRANSFER** |
| 19  GREGORY J. ROEMBKE, | |
| 20              Defendants. | **(First Request)** |

21

22     Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Plaintiff Emulait, Inc. f/k/a

23 Proxamama, Inc. ("Plaintiff") and Defendants Roembke Turnkey Solutions, LLC, Roembke Mfg.

24 & Design, Inc., and Gregory J. Roembke ("Defendants," together with Plaintiff, the "Parties"),

25 respectfully request that the Court approve this Stipulation to Extend the Deadline to Respond to

26 Defendants' Motion to Dismiss or to Transfer. This is the Parties' first request.

27

28

                                         1

167502613.1

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants filed their Motion to Dismiss or to Transfer [ECF Nos. 16 and 17] (the "Motion") on January 17, 2025.

2. The current deadline for Plaintiff to file its response to Defendants' Motion is January 31, 2025.

3. Defendants consent to a two-week extension on Plaintiff's response deadline, as Defendants had also requested and were granted a two-week extension to file a response to the Complaint, which the Court approved [ECF No. 15].

4. Plaintiff requests the extension to permit sufficient time for Plaintiff and its employees to locate the documentation necessary to support the declaration it intends to file in support of its opposition to Defendants' Motion to Dismiss or to Transfer.

5. This request is not intended to cause delay or prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Plaintiff to respond to Defendants' Motion to Dismiss or to Transfer be extended to February 11, 2025.

DATED this 28th day of January, 2025.

FOX ROTHSCHILD LLP

/s/ Rex D. Garner
REX D. GARNER (SBN 9401)
MARK J. CONNOT (SBN 010010)
BRETT A. BERMAN, ESQUIRE (PA BAR NO. 204843) (*Admitted Pro Hac Vice*)
bberman@foxrothschild.com

*Attorneys for Plaintiff EMULAIT, INC. f/k/a PROXAMAMA, INC.*

DATED this 28th day of January, 2025.

KAEMPFER CROWELL

/s/ Louis M. Bubala
LOUIS M. BUBALA III (SBN 8974)
KRIS KALKOWSKI (SBN 14892)

*Attorneys for Defendants ROEMBKE TURNKEY SOLUTIONS, LLC, ROEMBKE MFG. & DESIGN, INC., and GREGORY J. ROEMBKE*

IT IS SO ORDERED:

Dated: January 29, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

167502613.1