| | |
|---|---|
| KAEMPFER CROWELL<br>Louis M. Bubala III, Bar No. 8974<br>50 W. Liberty Street, Suite 1100<br>Reno, NV 89501<br>Telephone: (775) 852-3900<br>Facsimile: (775) 327-2011<br>E-Mail: lbubala@kcnvlaw.com | KAEMPFER CROWELL<br>Kristopher J. Kalkowski, Bar No. 14892<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>Telephone: (702) 792-7000<br>Facsimile: (702) 796-7181<br>Email: kkalkowski@kcnvlaw.com |
| BARNES & THORNBURG LLP<br>D. Randall Brown, IN Bar No. 15127-49<br>Lisa D. Starks, IN Bar No. 26625-49<br>*Admitted Pro Hac Vice*<br>888 S. Harrison St., Ste. 600<br>Fort Wayne, IN 46802<br>Telephone: (260) 423-9440<br>Facsimile: (260) 424-8316<br>Email: randy.brown@btlaw.com<br>Email: lisa.starks@btlaw.com | BARNES & THORNBURG LLP<br>Jacob T. Palcic, IN Bar No. 34723-49<br>*Admitted Pro Hac Vice*<br>201 S Main St., Suite 400<br>South Bend, IN 46601<br>Telephone: (574) 233-1171<br>Facsimile: (574) 237-1125<br>Email: jacob.palcic@btlaw.com |

*Attorneys for Defendants Roembke Turnkey Solutions, LLC, Roembke Mfg. & Design, Inc., and Gregory J. Roembke*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMULAIT, INC. f/k/a PROXAMAMA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROEMBKE TURNKEY SOLUTIONS, LLC, ROEMBKE MFG. & DESIGN, INC., and GREGORY J. ROEMBKE,<br><br>Defendants. | Case No. 2:24-cv-02267-APG-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TO TRANSER [ECFs. 16 and 17]**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Defendants Roembke Turnkey Solutions, LLC ("RTS"), Roembke Mfg. & Design, Inc. ("Roembke Mgf."), and Gregory J. Roembke ("Mr. Roembke" and collectively "Defendants") and Plaintiff Emulait, Inc. f/k/a Proxamama, Inc. ("Plaintiff" and all collectively as "the parties"), hereby stipulate and agree to

modify the briefing schedule on Defendants' Motion to Dismiss or to Transfer ("Motions") [ECFs. 16 and 17] as follows:

1. On December 6, 2024, Plaintiff filed its Complaint. ECF 1.

2. On December 13, 2024, Defendants were served with summons and Complaint. ECF 11.

3. The deadline for Defendants to respond to the Complaint was on or before January 3, 2025. Fed. R. Civ. P. 12.

4. On January 3, 2025, the Court entered an Order approving the parties' fourteen (14) additional days to respond to the complaint on or before January 17, 2025. ECF 15.

5. On January 17, 2025, Defendants filed their Motions. ECFs 16 and 17.

6. The deadline for Plaintiff to respond to the Motions was January 31, 2025. LR 7-2(b).

7. On January 29, 2025, the Court entered an Order approving the parties' stipulation allowing Plaintiff fourteen (14) additional days to respond to the Motions on or before February 11, 2025. ECF 25.

8. On February 11, 2025, Plaintiff filed its Opposition to the Motions. ECF 37.

9. The deadline for Defendants to reply to the Motions is February 18, 2025. LR 7-2(b).

10. The parties agree that a seven-day extension for Defendants to reply is warranted. Good cause exists given the extensive and detailed briefing to date on the court's jurisdiction, with 40 pages of briefing and multiple exhibits by both sides. The additional requested time will allow Defendants to adequately and appropriately reply to the opposition

11. This is the first request for an extension of time to file a reply in support of the motions. This request is in the spirit of judicial efficiency and not intended to case delay or prejudice any party.

| | |
|---|---|
| Dated: February 13, 2025 | Dated: February 13 , 2025 |
| KAEMPFER CROWELL | FOX ROTHSCHILD LLP |
| By: /s/ Louis M. Bubala III<br>Louis M. Bubala III<br>Kristopher J. Kalkowski | By: /s/Rex D. Garner<br>Rex D. Garner, Bar No. 9401<br>Mark J. Connot, Bar No. 010010 |
| BARNES & THORNBURG LLP | *Attorneys for Plaintiff Emulait, Inc. f/k/a Proxamama, Inc.* |
| D. Randall Brown<br>Lisa D. Starks<br>Jacob T. Palcic<br>*Admitted Pro Hac Vice* | |
| *Attorneys for Defendants Roembke Turnkey Solutions, LLC, Roembke Mfg. & Design, Inc., and Gregory J. Roembke* | |

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: February 18, 2025