REX D. GARNER (SBN 9401)
rgarner@foxrothschild.com
MARK J. CONNOT (SBN 010010)
mconnot@foxrothschild.com
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:    702.597.5503

BRETT A. BERMAN (PA BAR NO. 204843)
(*Admitted Pro Hac Vice*)
bberman@foxrothschild.com
FOX ROTHSCHILD LLP
2001 Market Street, Suite 1700
Philadelphia, PA 19103
(215) 299-2000 (telephone)
(215) 299-2150 (fax)

*Attorneys for Plaintiff EMULAIT, INC. f/k/a PROXAMAMA, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMULAIT, INC. f/k/a PROXAMAMA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROEMBKE TURNKEY SOLUTIONS, LLC, ROEMBKE MFG. & DESIGN, INC., and GREGORY J. ROEMBKE,<br><br>Defendants. | Case No. 2:24-CV-02267-APG-NJK<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO CHANGE VENUE OR TRANSFER [ECF No. 17] AND MOTION TO DISMISS COMPLAINT [ECF No. 16]**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, Plaintiff Emulait, Inc. f/k/a Proxamama, Inc. ("Plaintiff") and Defendants Roembke Turnkey Solutions, LLC, Roembke Mfg. & Design, Inc., and Gregory J. Roembke ("Defendants," together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED as follows:

1.  On January 17, 2025 Defendants filed a Motion to Dismiss Complaint [ECF No.

1

170399294.2

1. 16] and Motion to Change Venue or Transfer [ECF No. 17] (the "Motions").

2. On April 3, 2025, the Court issued a Minute Order setting a hearing on Defendants' Motions for April 8, 2025 at 1:30 p.m. in Las Vegas, Courtroom 6C, before Chief Judge Andrew P. Gordon [ECF No. 43].

3. Based on scheduling conflicts, the parties have met and conferred about alternative hearing dates.

4. The Parties agree that good cause exists to continue the hearing and respectfully request that the hearing be continued to April 22, 2025, at 2:30 p.m.

5. This request is not intended to cause delay or prejudice any party.

NOW, THEREFORE, the Parties respectfully request that the Court grant the foregoing Stipulation and enter an Order continuing the hearing to April 22, 2025.

DATED this 7th day of April, 2025.

FOX ROTHSCHILD LLP

*/s/ Rex D. Garner*
REX D. GARNER (SBN 9401)
MARK J. CONNOT (SBN 010010)
BRETT A. BERMAN, ESQUIRE (PA BAR NO. 204843) (*Admitted Pro Hac Vice*)
bberman@foxrothschild.com

*Attorneys for Plaintiff EMULAIT, INC. f/k/a PROXAMAMA, INC.*

DATED this 7th day of April, 2025.

KAEMPFER CROWELL

*/s/ Louis M. Bubala III*
LOUIS M. BUBALA III (SBN 8974)
KRIS KALKOWSKI (SBN 14892)

*Attorneys for Defendants ROEMBKE TURNKEY SOLUTIONS, LLC, ROEMBKE MFG. & DESIGN, INC., and GREGORY J. ROEMBKE*

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 7, 2025

170399294.2